FILED
FEB 2 2 2008
CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHARLES CACIOPPO, JR. and ANITA CACIOPPO, Plaintiffs, vs. KYNAN C. TRAIL, M.D. and SACRED HEART HEALTH SERVICES d/b/a AVERA SACRED HEART HOSPITAL, Defendants. | CIV. 07-4070 ORDER |

Upon the reading and filing of the Stipulation of Dismissal, and upon all of the files and records herein, the Court being fully advised in the premises, and good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action be and is hereby dismissed, with prejudice and without costs to any of the parties to this action.

Dated at Sioux Falls, South Dakota, this 22 day of February, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By _____
Deputy Clerk